#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RONALD D. ELZNIC and  ELVEDA L. ELZNIC, | ) ) ) | |
| Plaintiffs, | ) ) | 4:06CV3210 |
| vs. | ) ) | ORDER |
| MERCK & CO., INC., | ) ) | |
| Defendant. | ) ) | |

    This matter is before the court on defendant's Motion to stay all proceedings pending the transfer of this case to *In re VIOXX Mktg., Sales Practices & Prods. Liab. Litig.*, MDL No. 1657. For good cause shown, and upon the representation that plaintiffs have no objection,

    **IT IS ORDERED** that the Motion to Stay [7] is granted.

    **DATED September 22, 2006.**

                              **BY THE COURT:**

                              **s/ F.A. Gossett**
                              **United States Magistrate Judge**