

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OCT - 2 2006

FILED
CLERK'S OFFICE

## DOCKET NO. 1657

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

*IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION*

8:06cv574    8:06cv3209
8:06cv583    4:06cv3210
(SEE ATTACHED SCHEDULE) 8:06cv591

### CONDITIONAL TRANSFER ORDER (CTO-66)

On February 16, 2005, the Panel transferred 138 civil actions to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 360 F.Supp.2d 1352 (J.P.M.L. 2005). Since that time, 4,433 additional actions have been transferred to the Eastern District of Louisiana. With the consent of that court, all such actions have been assigned to the Honorable Eldon E. Fallon.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Louisiana and assigned to Judge Fallon.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Louisiana for the reasons stated in the order of February 16, 2005, and, with the consent of that court, assigned to the Honorable Eldon E. Fallon.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Louisiana. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

FILED
US DISTRICT COURT
DISTRICT OF NEBRASKA

OCT - 5 2006

OFFICE OF THE CLERK

# SCHEDULE CTO-66 - TAG-ALONG ACTIONS
# DOCKET NO. 1657
# IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **ALABAMA NORTHERN** | |
| ALN  2  06-1785 | Margaret D. Collins, et al. v. Merck & Co., Inc. |
| ALN  4  06-1668 | Robert D. Ramsey v. Merck & Co., Inc., et al. |
| ALN  4  06-1793 | John E. Kemp, et al. v. Merck & Co., Inc. |
| ALN  5  06-1792 | A. Glenn Allen, et al. v. Merck & Co., Inc. |
| ALN  5  06-1794 | Stanley O. Preston, et al. v. Merck & Co., Inc. |
| ALN  5  06-1795 | M. Linda G. Webb v. Merck & Co., Inc. |
| ALN  7  06-1784 | Patricia Stokes v. Merck & Co., Inc. |
| **CALIFORNIA EASTERN** | |
| CAE  2  06-1957 | Maximo Rivera v. Merck & Co., Inc., et al. |
| CAE  2  06-1973 | Linda Chamberlain v. Merck & Co., Inc., et al. |
| CAE  2  06-1977 | Kap Sook Choi v. Merck & Co., Inc., et al. |
| CAE  2  06-1978 | Witold Kolankowski v. Merck & Co., Inc., et al. |
| **CALIFORNIA NORTHERN** | |
| CAN  3  06-5534 | William C. Mullins v. Merck & Co., Inc., et al. |
| **CONNECTICUT** | |
| CT  3  06-1363 | Margaret A. Allahand, et al. v. Merck & Co., Inc. |
| **FLORIDA MIDDLE** | |
| FLM  3  06-792 | Arphine Anderson, etc. v. Merck & Co., Inc. |
| FLM  3  06-798 | Leo Leonard, et al. v. Merck & Co., Inc. |
| FLM  8  06-1619 | Vicky Larsen v. Merck & Co., Inc., et al. |
| **FLORIDA SOUTHERN** | |
| FLS  1  06-22291 | Lilia Fernandez v. Merck & Co., Inc. |
| FLS  2  06-14214 | Jack Hawkins v. Merck & Co., Inc., et al. |
| FLS  2  06-14232 | Donald Snapp v. Merck & Co., Inc. |
| **GEORGIA NORTHERN** | |
| GAN  4  06-200 | Judith Campione, et al. v. Merck & Co., Inc. |
| **HAWAII** | |
| HI  1  06-487 | David Shiel v. Merck & Co., Inc. |
| HI  1  06-493 | Michael Wall v. Merck & Co., Inc. |
| **IDAHO** | |
| ID  2  06-356 | Philip Ruff v. Merck & Co., Inc. |
| ID  2  06-357 | Elbert Pierce, et al. v. Merck & Co., Inc. |
| ID  2  06-358 | Kurt Williams v. Merck & Co., Inc. |
| ID  2  06-375 | James H. Loe v. Merck & Co., Inc. |
| **ILLINOIS NORTHERN** | |
| ILN  1  06-4735 | Maureen McMahon v. Merck & Co., Inc. |
| ILN  1  06-4737 | James Vertucci v. Merck & Co., Inc. |
| ILN  1  06-4941 | Demper Birdow v. Merck & Co., Inc., et al. |

SCHEDULE CTO-66 - TAG-ALONG ACTIONS (MDL-1657)                                    Page 2 of 4

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **INDIANA SOUTHERN** | |
| INS   1   06-1329 | Eunice Bey, et al. v. Merck & Co., Inc. |
| **KANSAS** | |
| KS    5   06-4104 | Betty A. Bernardi v. Merck & Co., Inc. |
| **LOUISIANA WESTERN** | |
| LAW  5   06-854 | Mitchell E. Jackson, et al. v. Merck & Co., Inc. |
| **MASSACHUSETTS** | |
| MA    4   06-40192 | Frederick J. Grasso v. Merck & Co., Inc. |
| **MARYLAND** | |
| MD    1   06-2294 | Charles Stottlemyer, et al. v. Merck & Co., Inc. |
| **MICHIGAN EASTERN** | |
| MIE   2   06-14054 | Elizabeth Thompson, et al. v. Merck & Co., Inc. |
| **MINNESOTA** | |
| MN    0   06-3569 | Valerie Novak, et al. v. Merck & Co., Inc. |
| MN    0   06-3708 | Peggy T. Owens, etc. v. Merck & Co., Inc. |
| MN    0   06-3720 | Bobby Wilson, etc. v. Merck & Co., Inc. |
| MN    0   06-3721 | James O. Hortman, etc. v. Merck & Co., Inc. |
| **MISSOURI EASTERN** | |
| MOE   4   06-1322 | Victor Wright, et al. v. Merck & Co., Inc. |
| **MISSISSIPPI NORTHERN** | |
| MSN   1   06-246 | Betty Jo Miller, et al. v. Merck & Co., Inc. |
| MSN   1   06-248 | Joann G. Sansing, et al. v. Merck & Co., Inc. |
| MSN   3   06-121 | Judy Nabors v. Merck & Co., Inc. |
| **MISSISSIPPI SOUTHERN** | |
| MSS   2   06-204 | Maurice F. Moore v. Merck & Co., Inc. |
| **NORTH CAROLINA WESTERN** | |
| NCW   5   06-113 | Joyce W. Yelton v. Merck & Co., Inc. |
| **NEBRASKA** | |
| NE    4   06-3209 | Ivan N. Nord, et al. v. Merck & Co., Inc. |
| NE    4   06-3210 | Ronald D. Elznic, et al. v. Merck & Co., Inc. |
| NE    8   06-574 | Richard Romine, etc. v. Merck & Co., Inc. |
| NE    8   06-583 | Carlose Talkington, etc. v. Merck & Co., Inc. |
| NE    8   06-591 | Kathleen R. Skiles, etc. v. Merck & Co., Inc. |
| **NEW JERSEY** | |
| NJ    1   06-4163 | County of Santa Clara v. Merck & Co., Inc. |
| NJ    3   06-4121 | James Dunar, et al. v. Merck & Co., Inc. |
| **NEW YORK SOUTHERN** | |
| NYS   1   06-6663 | Mary Lopez, etc. v. Merck & Co., Inc. |
| **NEW YORK WESTERN** | |
| NYW   6   06-6445 | Leann M. Williams v. Merck & Co., Inc. |

SCHEDULE CTO-66 - TAG-ALONG ACTIONS (MDL-1657)                                Page 3 of 4

DIST. DIV. C.A. #            CASE CAPTION

OHIO NORTHERN
 OHN  1  06-2149             Michelle Collins v. Merck & Co., Inc.
 OHN  1  06-2163             Juan Candelario, et al. v. Merck & Co., Inc.
 OHN  1  06-2164             Catherine Miller, et al. v. Merck & Co., Inc.
 OHN  1  06-2182             Valerie V. Rucker, etc. v. Merck & Co., Inc.
 OHN  3  06-2160             Norma Bielski v. Merck & Co., Inc.

OHIO SOUTHERN
 OHS  1  06-583              Jean Marie Stoner v. Merck & Co., Inc.
 OHS  2  06-716              Iva L. Charbonneau v. Merck & Co., Inc.

OKLAHOMA NORTHERN
 OKN  4  06-451              Elvus J. Farrow, et al. v. Merck & Co., Inc.
 OKN  4  06-480              Jimmy Moore v. Merck & Co., Inc.

OKLAHOMA WESTERN
 OKW  5  06-903              Mary Roy v. Merck & Co., Inc.
 OKW  5  06-907              Ora Mae Dame v. Merck & Co., Inc.
 OKW  5  06-908              Kenneth Dare v. Merck & Co., Inc.
 OKW  5  06-909              Bruce Havens v. Merck & Co., Inc.
 OKW  5  06-910              Tom Smith, etc.v . Merck & Co., Inc.

PENNSYLVANIA EASTERN
 PAE  2  06-3774             Israel Rosa, et al. v. Merck & Co., Inc.
 PAE  2  06-3835             Armand Coco v. Merck & Co., Inc.
 PAE  2  06-3870             Attilio Paparazzo, etc. v. Merck & Co., Inc., et al.
 PAE  2  06-3871             Maricus Willis, et al. v. Merck & Co., Inc., et al.
 PAE  2  06-3874             Gary L. Davis, et al. v. Merck & Co., Inc., et al.
 PAE  2  06-3949             Shirley F. Shaw, et al. v. Merck & Co., Inc., et al.
 PAE  2  06-3950             Elizabeth C. Fortune, et al. v. Merck & Co., et al.
 PAE  2  06-3951             Yiniva Gomez v. Merck & Co., Inc., et al.
 PAE  2  06-3965             Joseph B. Moore, et al. v. Merck & Co., Inc.
 PAE  2  06-3975             Pennie Freet, et al. v. Merck & Co., Inc.
 PAE  2  06-4124             Joseph Everts, et al. v. Merck & Co., Inc., et al.

PENNSYLVANIA WESTERN
 PAW  2  06-1159             Clifford D. Hardt v. Merck & Co., Inc.
 PAW  2  06-1160             Patricia L. McCarey v. Merck & Co., Inc.
 PAW  2  06-1161             James R. Richeimer v. Merck & Co., Inc.

SOUTH CAROLINA
 SC    7  06-2364            Robert C. Bridges, et al. v. Merck & Co., Inc.

TEXAS EASTERN
 TXE  1  06-556              Louie Kee, Jr., et al. v. Merck & Co., Inc.
 TXE  2  06-360              William H. Hundley, et al. v. Merck & Co., Inc.
 TXE  2  06-361              Charles Spence, et al. v. Merck & Co., Inc.
 TXE  2  06-362              Andrew Wilk, et al. v. Merck & Co., Inc.
 TXE  2  06-363              Danny King, et al. v. Merck & Co., Inc.
 TXE  2  06-375              Cleatus W. Drinnon, et al. v. Merck & Co., Inc.

TEXAS SOUTHERN
 TXS  2  06-399              Celia Garza Garcia, et al. v. Merck & Co., Inc., et al.
 TXS  7  06-252              Josefa R. Garces, et al. v. Merck & Co., Inc., et al.
 TXS  7  06-254              Yolanda Munoz, etc. v. Merck & Co., Inc., et al.

SCHEDULE CTO-66 - TAG-ALONG ACTIONS  (MDL-1657)                                           Page 4 of 4

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **TEXAS WESTERN** | |
| TXW  5  06-745 | Olga Galvan v. Merck & Co., Inc. |
| **WASHINGTON WESTERN** | |
| WAW  2  06-1252 | Doris Gibson, et al. v. Merck & Co., Inc. |
| WAW  3  06-5528 | Craig S. Hobbs, et al. v. Merck & Co., Inc. |
| **WEST VIRGINIA SOUTHERN** | |
| WVS  2  06-676 | Steve Rappold v. Merck & Co., Inc. |
| WVS  2  06-677 | Warne L. Ferguson v. Merck & Co., Inc. |
| WVS  2  06-678 | Roderick Rappold v. Merck & Co., Inc. |
| WVS  2  06-679 | Leslie E. Adams, Sr. v. Merck & Co., Inc. |
| WVS  2  06-714 | Russell Clayton Clark v. Merck & Co., Inc., et al. |
| WVS  3  06-364 | Robert Lee Dolin, etc. v. Merck & Co., Inc. |
| WVS  3  06-365 | Robert L. Clark v. Merck & Co., Inc. |
| WVS  3  06-493 | David Lee Lester, et al. v. Merck & Co., Inc. |
| WVS  3  06-494 | Boyd Leroy Dunn, et al. v. Merck & Co., Inc. |
| WVS  3  06-495 | Ardella Adkins v. Merck & Co., Inc. |
| WVS  3  06-680 | Jimmy Hardwick v. Merck & Co., Inc. |
| **WYOMING** | |
| WY  2  06-214 | Mary J. Morrison, etc. v. Merck & Co., Inc. |

# INVOLVED JUDGES LIST (CTO-66)
## DOCKET NO. 1657
## IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Hon. Henry Lee Adams, Jr.
U.S. District Judge
United States District Court
11-200 U.S. Courthouse
300 N. Hogan Street
Jacksonville, FL 32202-4204

Hon. Ann Aldrich
Senior U.S. District Judge
17B Carl B. Stokes U.S. Courthouse
801 W. Superior Avenue
Cleveland, OH 44113-1839

Hon. Donetta W. Ambrose
Chief Judge, U.S. District Court
3280 U.S. Post Office & Courthouse
700 Grant Street
Pittsburgh, PA 15219-1906

Hon Joseph F. Anderson, Jr.
Chief Judge, U.S. District Court
P.O. Box 447
Columbia, SC 29202-0447

Hon. Robert R. Armstrong, Jr.
U.S. Magistrate Judge
274 Hugo L. Black U.S. Courthouse
1729 5th Avenue, North
Birmingham, AL 35203

Hon. Sarah Evans Barker
U.S. District Judge
210 Birch Bayh Federal Building
& U.S. Courthouse
46 East Ohio Street
Indianapolis, IN 46204

Hon. Samuel F. Biery
U.S. District Judge
John H. Wood, Jr., U.S. Courthouse
655 East Durango Boulevard
San Antonio, TX 78206-1198

Hon. Clarence A. Brimmer
U.S. District Judge
2120 Capitol Avenue
Room 2603
Cheyenne, WY 82001

Hon. Renee M. Bumb
U.S. District Judge
6050 Mitchell H. Cohen
U.S. Courthouse
400 Cooper Street
Camden, NJ 08102-1570

Hon. Garland E. Burrell, Jr.
U.S. District Judge
501 I Street
Suite 13-200
Sacramento, CA 95814

Hon. Laurie Smith Camp
U.S. District Judge
3210 Roman L. Hruska U.S. Courthouse
111 South 18th Plaza
Omaha, NE 68102

Hon. James G. Carr
Chief Judge, U.S. District Court
210 U.S. Courthouse
1716 Spielbusch Avenue
Toledo, OH 43624

Hon. Robin J. Cauthron
Chief Judge, U.S. District Court
3301 U.S. Courthouse
200 N.W. 4th Street
Oklahoma City, OK 73102

Hon. Edward M. Chen
U.S. Magistrate Judge
Phill Burton U.S. Courthouse
450 Golden Gate Avenue
Box 36060
San Francisco, CA 94102

Hon. Joy Flowers Conti
U.S. District Judge
5250 U.S. Post Office & Courthouse
700 Grant Street
Pittsburgh, PA 15219

Hon. Mary L. Cooper
U.S. District Judge
5000 Clarkson S. Fisher Federal
Bldg. & U.S. Courthouse,
402 E. State Street
Trenton, NJ 08608

Hon. Sean F. Cox
U.S. District Judge
United States District Court
235 Theodore Levin U.S. Courthouse
231 West Lafayette Blvd.
Detroit, MI 48226

Hon. Randy Crane
U.S. District Judge
U.S. District Court
1701 W. Business Highway 83
Suite 928
McAllen, TX 78501

Hon. Marcia A. Crone
U.S. District Judge
U.S. District Court
P.O. Box 1470
Beaumont, TX 77706

Hon. Sam A. Crow
Senior U.S. District Judge
430 Frank Carlson Fed. Building
U.S. Courthouse
444 Southeast Quincy Street
Topeka, KS 66683

Hon. Stewart Dalzell
U.S. District Judge
5614 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Hon. George B. Daniels
U.S. District Judge
630 Daniel Patrick Moynihan
U.S. Courthouse
500 Pearl Street
New York, NY 10007

Hon. Leonard E. Davis
U.S. District Judge
United States District Court
106 Federal Building
211 West Ferguson Street
Tyler, TX 75702

Hon. Claire V. Eagan
Chief Judge, U.S. District Court
411 Page Belcher Federal Bldg.
& U.S. Courthouse
333 West Fourth Street
Tulsa, OK 74103

Hon. Joan N. Ericksen
U.S. District Judge
12W U.S. Courthouse
300 South 4th Street
Minneapolis, MN 55415

Hon. David A. Ezra
U.S. District Judge
C-400 Prince Kuhio Federal Building
300 Ala Moana Boulevard
Honolulu, HI 96850

Hon. David A. Faber
Chief Judge, U.S. District Court
601 Federal Street
Room 2303
Bluefield, WV 24701

Hon. David Folsom
U.S. District Judge
309 U.S. Courthouse & Post Office
500 N. State Line Avenue
Texarkana, TX 71854-5957

Hon. Donovan W. Frank
U.S. District Judge
738 Warren E. Burger Federal Bldg.
316 North Robert Street
St. Paul, MN 55101

Hon. Patricia A. Gaughan
U.S. District Judge
19B Carl B. Stokes U.S. Courthouse
801 West Superior Avenue
Cleveland, OH 44113-1835

Hon. James T. Giles
U.S. District Judge
17614 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1797

Hon. Helen W. Gillmor
Chief Judge, U.S. District Court
C-400 Prince Kuhio Federal Building
300 Ala Moana Boulevard
Honolulu, HI 96850-0001

Hon. Donald L. Graham
U.S. District Judge
U.S. District Court
99 N.E. Fourth Street, Room 1155
Miami, FL 33132

Hon. S. Maurice Hicks, Jr.
U.S. District Judge
5226 United States Courthouse
300 Fannin Street, Suite 5226
Shreveport, LA 71101

Hon. Ricardo H. Hinojosa
U.S. District Judge
1701 W. Business Highway 83
Bentsen Tower
Suite 1028
McAllen, TX 78502

Hon. Virginia Emerson Hopkins
U.S. District Judge
U.S. District Court
619 Hugo L. Black U.S. Courthouse
1729 Fifth Avenue, North
Birmingham, AL 35203

Hon. Janis Graham Jack
U.S. District Judge
320 U.S. Courthouse
1133 North Shoreline Boulevard
Corpus Christi, TX 78401

Hon. Inge P. Johnson
U.S. District Judge
361 Hugo L. Black U.S. Courthouse
1729 5th Avenue North
Birmingham, AL 35203

Hon. Lawrence K. Karlton
Senior U.S. District Judge
15-200 U.S. Courthouse
501 I Street
Sacramento, CA 95814

Hon. Terence C. Kern
U.S. District Judge
411 Page Belcher Federal Bldg.
& U.S. Courthouse
333 West 4th Street
Tulsa, OK 74103-3819

Hon. Richard H. Kyle
Senior U.S. District Judge
760 Warren E. Burger Federal Bldg.
316 N. Robert Street
St. Paul, MN 55101

Hon. David G. Larimer
U.S. District Judge
250 Kenneth B. Keating Fed. Bldg.
100 State Street
Rochester, NY 14614-1324

Hon. Benson Everett Legg
Chief Judge, U.S. District Court
7A Edward A. Garmatz Federal
Building & U.S. Courthouse
101 West Lombard Street
Baltimore, MD 21201-2605

Hon. Ronald B. Leighton
U.S. District Judge
U.S. District Court
3409 U.S. Courthouse
1717 Pacific Avenue
Tacoma, WA 98402

Hon. Harry D. Leinenweber
U.S. District Judge
Everett McKinley Dirksen
U.S. Courthouse
219 South Dearborn Street
Chicago, IL 60604

Hon. Tim Leonard
Senior U.S. District Judge
5012 U.S. Courthouse
200 N.W. 4th Street
Oklahoma City, OK 73102

Hon. David F. Levi
Chief Judge, U.S. District Court
14-200 United States Courthouse
501 I Street
Sacramento, CA 95814-2322

Hon. Edward J. Lodge
U.S. District Judge
James A. McClure Federal
Building & U.S. Courthouse
550 West Fort Street
Boise, ID 83724-0101

Hon. Paul A. Magnuson
Senior U.S. District Judge
730 Warren E. Burger Federal Building
316 North Robert Street
St. Paul, MN 55101

Hon. Mary A. McLaughlin
U.S. District Judge
3809 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1714

Hon. Steven D. Merryday
U.S. District Judge
15A Sam M. Gibbons U.S. Courthouse
801 North Florida Avenue
Tampa, FL 33602

Hon. Vicki Miles-LaGrange
U.S. District Judge
5011 U.S. Courthouse
200 N.W. 4th Street
Oklahoma City, OK 73102

Hon. Michael P. Mills
U.S. District Judge
335 Federal Bldg. & U.S. Courthouse
911 Jackson Avenue, West
Oxford, MS 38655

Hon. John H. Moore, II
Senior U.S. District Judge
300 N. Hogan Street
Suite 11-400
Jacksonville, FL 32202

Hon. Harold L. Murphy
U.S. District Judge
P.O. Drawer 53
Rome, GA 30162-0053

Hon. Charles R. Norgle, Sr.
U.S. District Judge
2346 Everett McKinley Dirksen
U.S. Courthouse
219 South Dearborn Street
Chicago, IL 60604

Hon. Dan A. Polster
U.S. District Judge
18B Carl B. Stokes U.S. Courthouse
801 W. Superior Avenue
Cleveland, OH 44113

Hon. R. David Proctor
U.S. District Judge
730 Hugo L. Black U.S. Courthouse
1729 Fifth Avenue North
Birmingham, AL 35203

Hon. Robert B. Propst
Senior U.S. District Judge
P.O. Box 820
Anniston, AL 36202

Hon. James L. Robart
U.S. District Judge
14134 U.S. Courthouse
700 Stewart Street
Seattle, WA 98101-1290

Hon. Eduardo C. Robreno
U.S. District Judge
11614 James A. Byrne
U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1745

Hon. Edmund A. Sargus, Jr.
U.S. District Judge
302 Joseph P. Kinneary
U.S. Courthouse
85 Marconi Boulevard
Columbus, OH 43215

Hon. F. Dennis Saylor, IV
U.S. District Judge
411 Harold D. Donohue Federal
Building & U.S. Courthouse
595 Main Street
Worcester, MA 01608

Hon. Arthur J. Schwab
U.S. District Judge
7280 United States Post Office
& Courthouse
700 Grant Street
Pittsburgh, PA 15219

Hon. William B. Shubb
Senior U.S. District Judge
14-200 United States Courthouse
501 I Street
Sacramento, CA 95814-2322

Hon. Rodney W. Sippel
U.S. District Judge
10S Thomas F. Eagleton U.S.
Courthouse
111 South Tenth Street
St. Louis, MO 63102-1116

Hon. C. Lynwood Smith, Jr.
U.S. District Judge
207 U.S. Post Office & Courthouse
101 Holmes Avenue, N.E.
Huntsville, AL 35801

Hon. Keith Starrett
U.S. District Judge
U.S. District Court
228 U..S. Courthouse Federal Bldg.
701 N. Main Street
Hattiesburg, MS 39401

Hon. Lawrence F. Stengel
U.S. District Judge
United States District Court
18316 James A. Byrne
U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1796

Hon. Lyle E. Strom
Senior U.S. District Judge
3190 Roman L. Hruska
U.S. Courthouse
111 South 18th Plaza
Omaha, NE 68102

Hon. R. Barclay Surrick
U.S. District Judge
8614 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1796

Hon. Alvin W. Thompson
U.S. District Judge
Abraham Ribicoff Federal Building
& U.S. Courthouse
450 Main Street
Hartford, CT 06103

Hon. Ralph G. Thompson
Senior U.S. District Judge
3301 U.S. Courthouse
200 N.W. 4th Street
Oklahoma City, OK 73102

Hon. Richard L. Voorhees
U.S. District Judge
250 Charles Jonas Federal Building
401 West Trade Street
Charlotte, NC 28202

Hon. Herman J. Weber
Senior U.S. District Judge
801 Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, OH 45202

Hon. Lee R. West
Senior U.S. District Judge
3001 U.S. Courthouse
200 N.W. 4th Street
Oklahoma City, OK 73102